UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re Peteski Productions, Inc. and<br>Philip C. McGraw, PhD,<br><br>*Petitioners*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:25-cv-03523-B |

On Petition for Writ of Mandamus to the
United States District Court for the Northern District of Texas
Bankruptcy Case No. 25-80156-swe-11

**PETESKI PRODUCTIONS, INC. AND PHILLIP C. MCGRAW, PHD'S
MOTION TO TRANSFER**

Bruce J. Ruzinsky (TBN 17439425)
Matthew D. Cavenaugh (TBN 24062656)
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Email: bruzinsky@jw.com
Email: mcavenaugh@jw.com

Charles L. Babcock (TBN 01479500)
Christopher Bankler (TBN 24066754)
Minoo S. Blaesche (TBN 24075102)
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000
Email: cbabcock@jw.com
Email: cbankler@jw.com
Email: mblaesche@jw.com

Nathan L. Hecht (TBN 00000023)
Jeffrey L. Oldham (TBN 24051132)
Adam W. Aston (TBN 24045423)
JACKSON WALKER LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701
Telephone: (512) 236-2000
Email: nhecht@jw.com
Email: joldham@jw.com
Email: aaston@jw.com

*Counsel for Petitioners Peteski Productions, Inc. and Phillip C. McGraw, PhD*

Petitioners Peteski Productions, Inc. ("Peteski") and Phillip C. McGraw, PhD ("Dr. McGraw") (collectively, "Petitioners") respectfully request that this Court transfer this mandamus action to the Court of the Honorable Judge Sam A. Lindsay, where two related cases are pending. As explained below, this request is <u>unopposed</u> by the core parties to those related cases.

Petitioners initiated this action on December 23, 2025 by filing a Petition for Writ of Mandamus, Dkt. 1, regarding certain rulings and orders issued in connection with the U.S. Bankruptcy Court for the Northern District of Texas's order to convert debtor Merit Street Media, Inc.'s ("MSM") Chapter 11 case to a Chapter 7 proceeding. *See In re Media Street Media, Inc.*, Bankr. No. 25-8015600-swe-11 (Bankr. N.D. Tex.).

At the same time, Petitioners also notified the Court of two related cases, *Merit Street Media, Inc., et al. v. Trinity Broadcasting of Texas, Inc., et al.*, No. 3:25-cv-03186-L (N.D. Tex.) and *Peteski Productions, Inc., et al. v. Trinity Broadcasting of Texas, Inc., et al.*, No. 3:25-cv-01390-L (N.D. Tex.), already pending before the Honorable Judge Sam A. Lindsay (the "Related Cases"). *See* Dkt. 6. The Related Cases concern MSM's and Petitioners' appeals from the bankruptcy court's conversion order and related rulings and orders. MSM—the appellant in one Related Case (Petitioners are the appellants in the other)—and Trinity Broadcasting of Texas, Inc. and TCT Ministries, Inc. (collectively, "Trinity") and Professional Bull Riders, LLC ("PBR")— the appellees in both Related Cases—do not oppose the relief requested in this motion.

"The Fifth Circuit adheres to the general rule that the court in which an action is first filed is the appropriate court to determine whether subsequently filed cases involving substantially similar issues should proceed." *Save Power Ltd. v. Syntek Fin. Corp.*, 121 F.3d 947, 950 (5th Cir. 1997). This is true regardless of whether the cases are in different districts or whether they are pending "before two judges in the same district, as is the case here." *Id.* The suits need not be

identical for the "first to file" rule to necessitate transfer; it is enough "if they overlap on the substantive issues." *Id.* (quoting *Mann Mfg., Inc. v. Hortex, Inc.*, 439 F.2d 403, 408 (5th Cir. 1971)). Denial of a motion to transfer to the first-filed court when issues in subsequent litigation substantially overlap is an abuse of the court's discretion. *Id.* at 952.

Here, the Related Cases were filed first, as evidenced by their case numbers, and they remain pending before Judge Lindsay. And these cases all involve substantially similar issues. Both the Related Cases and this mandamus action arise from the same underlying bankruptcy proceedings, involve many of the same parties, and concern the same common nucleus of operative facts and overlapping legal points. To be sure, the issues may not be exactly identical across the Related Cases and this action, including because some of the arguments and relief sought in this action may differ from the arguments and relief sought in the Related Cases, and distinct standards of review apply. *See, e.g.*, Dkt. 1 at 2 (noting that one type of relief sought in the mandamus action—expungement of comments causing professional, reputational harm from the record—is generally not available on appeal, which justifies mandamus relief). But the substantive issues are largely similar, and at least overlapping, because they arise from the same operative facts and are grounded in the same underlying rulings and orders issued by the bankruptcy court.

Additionally, one reason Petitioners seek mandamus relief is that Trinity and PBR contest Petitioners' rights to appeal in the Related Cases. Dkt. 1 at 48. For example, Trinity has challenged Petitioners' standing to appeal from the bankruptcy court's rulings and orders and has suggested their appeals would be mooted by Chapter 7 liquidation. *See, e.g.*, *Peteski Prods., Inc., et al. v. Trinity Broad. of Tex., et al.*, No. 3:25-cv-03190-L (N.D. Tex.), Dkt. 22 at 6–7. To be clear, Petitioners disagree with any challenges in the Related Cases to their appellate rights. But if Judge Lindsay were to determine that Petitioners have no such rights, that would only confirm the need

for mandamus relief in *this* action because, as the mandamus petition explains, that would mean Petitioners would have no adequate remedy by appeal. *See* Dkt. 1 at 60. That is another strong reason the mandamus action should proceed in the same reviewing court as the Related Cases. Transfer of this action to Judge Lindsay will avoid the possibility of inconsistent rulings.

Given the "first to file" rule and the substantially similar operative facts and overlap in issues involved between this mandamus action and the Related Cases, Petitioners respectfully request that this Court transfer this action to the Honorable Judge Sam A. Lindsay. *See also Peteski Prods. Inc., et al. v. Trinity Broad. of Tex. Inc., et al.*, No. 3:25-cv-03190-L (Dec. 2, 2025 N.D. Tex.), Dkt. 18 (Judge Godbey transferring Petitioners' appeal based on the first-to-file rule to Judge Lindsay, "who has a related case with the lower case number").

Dated: January 27, 2026
Dallas, TX

/s/ *Christopher Bankler*

**JACKSON WALKER LLP**
Charles L. Babcock (TX Bar No. 01479500)
Christopher Bankler (TX Bar No. 24066754)
Minoo S. Blaesche (TX Bar No. 24075102)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6047
Email: cbabcock@jw.com
Email: cbankler@jw.com
Email: mblaesche@jw.com

Bruce J. Ruzinsky (TX Bar No. 17469425)
Matthew D. Cavenaugh (TX Bar No. 24062656)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Email: bruzinsky@jw.com
Email: mcavenaugh@jw.com

Nathan L. Hecht (TX Bar No. 00000023)
Jeffrey L. Oldham (TX Bar No. 24051132)
Adam W. Aston (TX Bar No. 24045423)
100 Congress Ave. Suite 1100
Austin, TX 78701
Telephone: (512) 236-2000
Email: nhecht@jw.com
Email: joldham@jw.com
Email: aaston@jw.com

*Counsel for Peteski Productions, Inc. and*
*Phillip C. McGraw, PhD*

## CERTIFICATE OF CONFERENCE

I certify that on January 23, 2026, counsel for Petitioners conferred via email about this Motion with counsel for: Trinity; PBR; MSM; the U.S. Trustee; the Darcy Lynn Ribman 1997 Trust; the Unsecured Creditors Committee; and the appointed Chapter 7 Trustee. The responses are as follows:

Trinity: Unopposed

PBR: Unopposed

MSM: Unopposed

Counsel for Petitioners did not receive a response from the U.S. Trustee, the Darcy Lynn Ribman 1997 Trust, the Unsecured Creditors Committee, or the appointed Chapter 7 Trustee before filing this motion.

/s/ *Christopher Bankler*
Christopher Bankler

5

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on counsel of record listed below, via electronic service, on January 27, 2026:

| | |
|---|---|
| Hon. Scott W. Everett<br>United States Bankruptcy Judge<br>Earle Cabell Federal Building<br>1100 Commerce Street, Room 1421<br>Dallas, TX 75242-1496<br>(214) 753-2071<br>swe_settings@txnb.uscourts.gov | **Counsel for the Official Committee of Unsecured Creditors**<br>Greg Wilkes<br>Lou Strubeck, Jr.<br>O'MELVENY & MYERS, LLP<br>2801 North Harwood Street, Suite 1600<br>Dallas, TX 75201-2692<br>Telephone: (972) 360-1935<br>gwilkes@omm.com<br>lstrubeck@omm.com |
| **Counsel for Trinity Broadcasting of Texas, Inc. d/b/a Trinity Broadcasting Network and TCT Ministries, Inc.**<br>Mark C. Moore<br>FOLEY & LARDNER, LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, TX 75201<br>Telephone: (214) 999-4150<br>mmoore@foley.com<br><br>Rajiv Dharnidharka<br>FOLEY & LARDNER, LLP<br>555 California Street, Suite 1700<br>San Francisco, CA 94104<br>Telephone: (415) 434-4484<br>rajiv.dharnidharka@foley.com | **Counsel for Merit Street Media, Inc.**<br>Stephen E. Hessler<br>Patrick Venter<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>shessler@sidley.com<br>pventer@sidley.com<br><br>James W. Ducayet<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL<br>Telephone: (312) 853-7000<br>jducayet@sidley.com<br><br>Thomas Califano<br>Jeri Leigh Miller<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX 75201<br>Telephone: (214) 981-3300<br>Facsimile: (214) 981-3400<br>tom.califano@sidley.com<br>jeri.miller@sidley.com |

| **Counsel for Professional Bull Riders, LLC** | **Counsel for Darcy Lynn Ribman 1997 Trust** |
|---|---|
| Jason M. Rudd<br>WICK & PHILLIPS GOULD & MARTIN, LLP<br>3131 McKinney Avenue, Suite 500<br>Dallas, TX 75204<br>Telephone: (214) 692-6200<br>jason.rudd@wickphillips.com<br><br>Alyssa A. Moscarino<br>BENESCH, FRIEDLANDER, COPLAN & ARNONOFF<br>127 Public Square, Suite 4900<br>Cleveland, OH 44144<br>Telephone: (216) 363-4500<br>amoscarino@beneschlaw.com | Lydia Webb<br>GRAY REED<br>1601 Elm Street, Suite 4600<br>Dallas, TX 75201<br>lwebb@grayreed.com<br><br>David Coale<br>LYNN PINKER HURST SCHWEGMANN LLP<br>2100 Ross Avenue, Suite 2700<br>Dallas, TX 75201<br>dcoale@lynnllp.com |
| **U.S. Trustee**<br>Erin Schmidt<br>OFFICE OF THE UNITED STATES TRUSTEE<br>1100 Commerce Street, Room 976<br>Dallas, TX 75201<br>Telephone: (214) 767-8967<br>erin.schmidt2@usdoj.gov<br>ustpregion06.da.ecf@usdoj.gov | **Appointed Chapter 7 Trustee**<br>Daniel J. Sherman<br>SHERMAN & YAQUINTO, LLP<br>509 N. Montclair Ave.<br>Dallas, TX 75208<br>Telephone: (214) 942-5502<br>djsherman@syllp.com |

/s/ *Christopher Banker*
Christopher Bankler

7

48501363v.5 151741/00007